# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Bernard Scarborough,

       Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                        3:10-cv-263-GCM

Wal-Mart Corporation,
formerly Wal-Mart Supercenter Stores, Inc.,
a North Carolina Corporation,

       Defendant.

DECISION BY COURT. This action having come before the Court a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 8, 2010 Order.

                                                 Signed: September 8, 2010

                                                 Frank G. Johns, Clerk
                                                 United States District Court